**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

FILED
U.S. DISTRICT COURT
MIDDLE GEORGIA

2009 AUG 28  AM 10 22

*[signature]*

DEPUTY CLERK

WILLIAM E. WEST, IV,                     :

      Plaintiff,                           :

                               :

v.                                       :        1:08-CV-149 (WLS)

                               :

BARBARA WILLIAMS, *et al.*,              :

      Defendants.                          :

                               :

## <u>ORDER</u>

Before the Court are Reports and Recommendations from United States Magistrate Judge Richard L. Hodge, filed December 4, 2008 and May 20, 2009.  (Doc. 5; Doc. 10).  It is recommended that Defendants Georgia Department of Corrections ("GDOC") and Eric Hill be dismissed as parties pursuant to review of Plaintiff's Complaint (Doc. 3) mandated by the Prison Litigation Reform Act, 28 U.S.C. § 1915(e)(2).  (Doc. 5).  It is also recommended that Defendants Barbara Williams and Remika Christian's Motion to Dismiss (Doc. 8) be **GRANTED.** (Doc. 10).  No objection to either Recommendation has been filed to date.[1]

Upon full review and consideration of the record, the Court finds that said Reports and Recommendations (Doc. 5; Doc. 10) should be, and hereby are, **ACCEPTED, ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Defendants GDOC and Eric Hill are dismissed as parties to the instant action. Further, Defendants Williams and Christian's Motion to Dismiss (Doc. 8) is hereby **GRANTED.**

---

[1]     A review of the docket shows that Plaintiff also failed to respond to Defendants' Motion to Dismiss.

**SO ORDERED**, this *27th* day of August, 2009.

THE HONORABLE W. LOUIS SANDS,
UNITED STATES DISTRICT COURT